UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2018-0802

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for Wells Fargo Bank, N.A.

In Re:

Karen L. Waldorf

Case No.: 19-13417-CMG

Hearing Date: 06/05/2019

Judge: Honorable Christine M. Gravelle

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Nicole M. Horner:

   ☐ represent the _____ in the above captioned matter.

   ☒ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On April 16, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Form of Order submitted

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 16, 2019

Nicole M. Horner

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Robert C. Nisenson, Esquire<br>10 Auer Court, Suite E<br>East Brunswick, NJ 08816-5848 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Karen L. Waldorf<br>22 Magnolia Court<br>Piscataway NJ 08854 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Eric Waldorf<br>22 Magnolia Court<br>Piscataway, NJ 08854 | **CO-DEBTOR** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.