UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stark & Stark, P.C.
Attn: Thomas S. Onder, Esq. (TO-7880)
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648
(609) 219-7458
Attorneys for Creditor, Stark & Stark, P.C

In Re:

Karen L. Waldorf

| | |
|---|---|
| Case No.: | 19-13417 |
| Chapter: | 13 |
| Judge: | CMG |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____ Stark & Stark, P.C. _____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Stark & Stark, P.C.
Attn: Thomas S. Onder, Esq.
P.O. Box 5315
Princeton, NJ 08543
tonder@stark-stark.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 04/22/2019

/s/ Thomas S. Onder
Signature

*new.8/1/15*