UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2018-0802

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on June 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Karen L. Waldorf

Case No.: 19-13417-CMG

Hearing Date: 06/05/2019

Judge: Honorable Christine M. Gravelle

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: June 7, 2019

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Karen L. Waldorf
Case No.: 19-13417-CMG
Caption of Order: ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of Wells Fargo Bank, N.A., is hereby resolved upon the conditions set forth herein.

2. The parties acknowledge that on or about March 29, 2019, the debtor has entered into a trial loan modification with respect to the real property commonly known as 22 Magnolia Court, Piscataway, New Jersey 08854.

3. Pursuant to the terms of the trial period plan, the debtor is required to tender a monthly payment in the amount of $2,877.82, commencing on May 1, 2019 and continuing until July 1, 2019.

4. The debtor's mortgage will be reviewed for a permanent mortgage modification upon completion of the trial period payments.

5. In the event that the debtor is unable to obtain a permanent loan modification on or before August 31, 2019, the debtor shall file a modified plan no later than 14 days from the deadline fixed obtaining a permanent modification to either provide for repayment of arrears and/or surrender of the subject property.

6. The objections filed on behalf of the Secured Creditor are hereby preserved and may be presented in relation to any further plan of reorganization presented by the debtors.

7. The Secured Creditor shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.