**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)
2018-0802

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on June 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Karen L. Waldorf

Case No.: 19-13417-CMG

Hearing Date: 06/05/2019

Judge: Honorable Christine M. Gravelle

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: June 7, 2019

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor: Karen L. Waldorf
Case No.: 19-13417-CMG
Caption of Order:     ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of Wells Fargo Bank, N.A., is hereby resolved upon the conditions set forth herein.

2. The parties acknowledge that on or about March 29, 2019, the debtor has entered into a trial loan modification with respect to the real property commonly known as 22 Magnolia Court, Piscataway, New Jersey 08854.

3. Pursuant to the terms of the trial period plan, the debtor is required to tender a monthly payment in the amount of $2,877.82, commencing on May 1, 2019 and continuing until July 1, 2019.

4. The debtor's mortgage will be reviewed for a permanent mortgage modification upon completion of the trial period payments.

5. In the event that the debtor is unable to obtain a permanent loan modification on or before August 31, 2019, the debtor shall file a modified plan no later than 14 days from the deadline fixed obtaining a permanent modification to either provide for repayment of arrears and/or surrender of the subject property.

6. The objections filed on behalf of the Secured Creditor are hereby preserved and may be presented in relation to any further plan of reorganization presented by the debtors.

7. The Secured Creditor shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:   
Karen L Waldorf   
     Debtor

Case No. 19-13417-CMG   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 07, 2019  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.  
db          +Karen L Waldorf,   22 Magnolia Court,   Piscataway, NJ 08854-2299

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:

          Albert Russo   docs@russotrustee.com  
          Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
          Charles G. Wohlrab   on behalf of Creditor Wells Fargo Bank, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
          Denise E. Carlon   on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald   on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Robert C. Nisenson   on behalf of Debtor Karen L Waldorf rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
          Thomas S. Onder   on behalf of Creditor Stark & Stark, P.C. tonder@stark-stark.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
          William M.E. Powers   on behalf of Creditor Wells Fargo Bank, N.A. ecf@powerskirn.com  
          William M.E. Powers, III   on behalf of Creditor Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                                            TOTAL: 10