UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for Eric Waldorf, Creditor

In Re:

　　　Karen L. Waldorf,

　　　　　　　　　　Debtor.

Case No:   19-13417

Chapter:   13

Judge:   CMG

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Eric Waldof, Creditor.

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

　　ADDRESS:　　280 West Main Street
　　　　　　　　　Denville, NJ 07834

　　DOUCMENTS:

　　☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
　　☒ All documents and pleadings of any nature.

Date:   July 1, 2019

/s/Scott J. Goldstein
Signature
Scott J Goldstein

*new.8/1/15*