UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for Eric Waldorf, Creditor

In Re:

  Karen L. Waldorf,

      Debtor.

Case No:   19-13417

Chapter:   13

Judge:   CMG

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Eric Waldof, Creditor.

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

 ADDRESS: 280 West Main Street
       Denville, NJ 07834

 DOCUMENTS:

  ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
  ☒ All documents and pleadings of any nature.

Date:   July 1, 2019        /s/Scott J. Goldstein
                    Signature
                    Scott J Goldstein

*new.8/1/15*