Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–13417–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Karen L Waldorf
22 Magnolia Court
Piscataway, NJ 08854

Social Security No.:
xxx–xx–6581

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/2/19 at 09:00 AM

to consider and act upon the following:

*54* – Motion to Approve Loan Modification with Wells Fargo Bank Filed by Robert C. Nisenson on behalf of Karen L Waldorf. Objection deadline is 09/17/2019. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit Loan Modification # 4 Certificate of Service) (Nisenson, Robert)

Dated: 9/19/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court