

**Order Filed on September 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Karen L Waldorf | Case No.:    19-13417-CMG<br><br>Chapter:    13<br><br>Hearing Date: <br><br>Judge:    Gravelle |

## ORDER VACATING

### Order To Approve Loan Modification

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 19, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Order To Approve Loan Modification

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated _____9/18/19_____, be and the same is hereby vacated.

*revised 2/25/14*