

**Order Filed on September 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-13417-CMG |
|---|---|---|
| Karen L Waldorf | Chapter: | 13 |
| | Hearing Date: | |
| | Judge: | Gravelle |

## ORDER VACATING

## Order To Approve Loan Modification

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 19, 2019**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Order To Approve Loan Modification

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____9/18/19_____, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-13417-CMG
Karen L Waldorf                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 19, 2019
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db             +Karen L Waldorf,    22 Magnolia Court,    Piscataway, NJ 08854-2299

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                                          Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Karen L Waldorf rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          Scott J. Goldstein    on behalf of Creditor Eric   Waldorf sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Thomas S. Onder    on behalf of Creditor    Stark & Stark, P.C. tonder@stark-stark.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                     TOTAL: 11