| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2 (c)<br><br>In the Matter of<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>Attorney for Debtor<br>(732) 238-8777<br>Robert C. Nisenson<br>RCN 6680 |
| Karen L. Waldorf<br><br>                              Debtor. |



**Order Filed on November 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-13417

Judge: CMG

### ORDER TO APPROVE LOAN MODIFICATION AND COMPEL ERIC WALDORF TO SIGN LOAN MODIFICATION AGREEMENT AND TO COOPERATE WITH THE LOAN MODIFICATION PROCESS FOR SECOND MORTGAGE

The relief set forth on the following pages, is hereby **ORDERED.**

**DATED: November 15, 2019**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 19-13417 |
| | : | Chapter 13 |
| Karen L. Waldorf | : | |
| | : | |
| | : | **ORDER TO APPROVE LOAN** |
| Debtor. | : | **MODIFICATION AND TO** |
| | : | **COOPERATE WITH LOAN** |
| | : | **MODIFICATION** |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Approve the Loan Modification with Wells Fargo Bank N.A. and to Compel Debtor's Husband to sign the loan modification documents or provide a Power of Attorney for her to sign the documents or Cooperate with Loan Modification and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is on the          day of           , 2019;

**ORDERED** the Debtor and Eric Waldorf and Wells Fargo Bank N.A. are authorized to enter into the Loan Modification Agreement and it is further;

**ORDERED** in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Secured Creditor shall amend the arrearage portion

of its proof of claim to zero or withdraw the claim within thirty (30) days of completion of the loan modification; and it is further

**ORDERED**, that the Chapter 13 Trustee shall suspend disbursements to Secured Creditor pending completion of loan modification and all money that would otherwise to be paid to Secured Creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the Secured Creditor that the modification was not consummated; and it is further

**ORDERED**, in the event the modification is not consummated, the Secured Creditor shall notify the Trustee and Debtor's Attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to Secured Creditor; and it is further

**ORDERED**, in the event the proof of claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan; and it is further

**ORDERED**, Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order; and it is further

**ORDERED,** that the Secured Creditor will reduce their proof of claim within 40 days, otherwise Debtors will have to file a Motion to Reduce the Claim and the creditor will be responsible for Debtor's attorney fees of $400.00 for the filing of said motion; and it is further

**ORDERED** that the Debtor's husband, Eric Waldorf, within 7 days of this Order will cooperate with Debtor to sign the Loan Modification Agreement; and it is further

**ORDERED** that the loan modification be approved for the purposes of both Karen Waldorf and Eric Waldorf's bankruptcy cases Nos: 19-13417 and 17-35770; and it is further

**ORDERED** that Eric Waldorf's execution of the loan modification does not work a reaffirmation of the underlying debt, or create any additional liability therefore beyond that which already exists; and it is further

**ORDERED** that Eric Waldorf is compelled to cooperate with the Debtor to sign any necessary forms with the loan modification for her second mortgage with Wells Fargo Bank; however, the Eric Waldorf is not obligated to provide any additional financial information not already provided in connection with his divorce proceeding or his bankruptcy case.  It is the intent that Karen Waldorf will be solely responsible for making the mortgage payments; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within _____ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Karen L Waldorf  
    Debtor

Case No. 19-13417-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 15, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.  
db            +Karen L Waldorf,    22 Magnolia Court,    Piscataway, NJ 08854-2299

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:

           Albert    Russo     docs@russotrustee.com  
           Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Charles G. Wohlrab     on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@LOGS.com,  
            njbankruptcynotifications@logs.com  
           Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation  
            kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Robert C. Nisenson     on behalf of Debtor Karen L Waldorf rnisenson@aol.com,  
            nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
           Scott J. Goldstein     on behalf of Creditor Eric    Waldorf sjg@sgoldsteinlaw.com,  
            cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
           Thomas S. Onder     on behalf of Creditor    Stark & Stark, P.C. tonder@stark-stark.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
           William M.E. Powers     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
           William M.E. Powers, III     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                                            TOTAL: 11