Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 19-13417 / CMG**

Karen L Waldorf

Petition Filed Date: 02/19/2019  
341 Hearing Date: 03/21/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/12/2019 | $250.00 | 56978730 | 04/02/2019 | $250.00 | 57512160 | 05/01/2019 | $250.00 | 58239270 |
| 05/29/2019 | $250.00 | 58923700 | 06/26/2019 | $250.00 | 59659650 | 07/26/2019 | $250.00 | 60393160 |
| 08/27/2019 | $250.00 | 61249500 | 09/30/2019 | $250.00 | 62111780 | 10/29/2019 | $250.00 | 62805980 |
| 11/27/2019 | $250.00 | 63578350 | 12/27/2019 | $250.00 | 64317900 | | | |

**Total Receipts for the Period:  $2,750.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karen L Waldorf | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ | Attorney Fees | $2,300.00 | $0.00 | $2,300.00 |
| | | No Disbursements: No Check | | | |
| 1 | TD BANK, N.A.<br>»» CREDIT CARD | Unsecured Creditors | $9,768.94 | $0.00 | $0.00 |
| 2 | TOYOTA LEASE TRUST<br>»» 2016 TOY HIGHLANDER - LEASE/SV 5/3/19 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $14,639.99 | $0.00 | $0.00 |
| 4 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $6,699.68 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK, NA<br>»» P/22 MAGNOLIA CT/1ST MTG/CONS ORDER 5/7/19 | Mortgage Arrears<br>Hold Funds: Pending Loan Mod. | $49,954.64 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $387.25 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,590.29 | $0.00 | $0.00 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $12,556.41 | $0.00 | $0.00 |
| 9 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $1,094.20 | $0.00 | $0.00 |
| 10 | TOYOTA LEASE TRUST<br>»» 2019 TOYOTA CAMRY/ORDER 4/17/19 | Debt Secured by Vehicle | $359.00 | $0.00 | $0.00 |
| 11 | STARK & STARK, P.C.<br>»» LEGAL FEES | Unsecured Creditors | $26,418.45 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON | Unsecured Creditors | $2,112.23 | $0.00 | $0.00 |
| 13 | PLANTATION RESORT OF MYRTLE BEACH<br>»» HOA MAINTENANCE FEES | Secured Creditors | $828.24 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC | Unsecured Creditors | $4,366.51 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-13417 / CMG**

| 15 | CITIBANK, N.A. »» SEARS | Unsecured Creditors | $12,709.09 | $0.00 | $0.00 |
| 16 | WELLS FARGO BANK, N.A. »» P/22 MAGNOLIA CT/2ND MTG | Mortgage Arrears | $7,872.30 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC »» PAYPAL/SYNCHRONY | Unsecured Creditors | $2,787.26 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $250.00 |
| Paid to Trustee: | $175.75 | Arrearages: | $0.00 |
| Funds on Hand: | $2,824.25 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**