Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−13417−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Karen L Waldorf
  22 Magnolia Court
  Piscataway, NJ 08854

Social Security No.:
  xxx−xx−6581

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 18, 2020.

On Septmeber 15, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            October 21, 2020
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 16, 2020
JAN: wdr

                                                        Jeanne Naughton
                                                        Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-13417-CMG
Karen L Waldorf                                                     Chapter 13
      Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: Sep 16, 2020
                              Form ID: 185             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db           +Karen L Waldorf,    22 Magnolia Court,   Piscataway, NJ 08854-2299
cr           +Stark & Stark, P.C.,   993 Lenox Drive,   Building 2,   Lawrenceville, NJ 08648-2316
lm           +Wells Fargo Bank, N.A.,    P.O. Box 10335,   Des Moines, IA 50306-0335
518156983     American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
518036644    +Amex,   Correspondence/Bankruptcy,    Po Box 981540,   El Paso, TX 79998-1540
518036645    +Bank Of America,   4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
518173962    +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
518036647    +Citi/Sears,   Citibank/Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
518204870    +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
518036648    +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,   Po Box 790040,
               St. Louis, MO 63179-0040
518395192    +Eric Waldof,   Law Office of Scott J Goldstein, LLC,    280 West Main Street,
               Denville, NJ 07834-1233
518066259    +Hunterdon Medical Center,    2100 Wescott Dr,   Flemington, NJ 08822-4604
518064960    +Plantation Resort,   1250 Highway 17 North,    Myrtle Beach, SC 29575-6006
518036652    +Stark & Stark,   993 Lenox Dr Building 2,    Lawrence Township, NJ 08648-2316
518197828    +Stark & Stark, P.C.,   Attn: Thomas S. Onder, Esq.,    993 Lenox Drive, Bldg. 2,
               Lawrenceville, NJ 08648-2316
518064190    +TD Bank N.A.,   Richard J Tracy III, Esq.,    30 Montgomery Street, Suite 1205,
               Jersey City, NJ 07302-3835
518062898    +TD Bank, N.A.,   Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
518036655   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,    PO Box 8026,   Cedar Rapids, IA 52408)
518103876    +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
518142244     U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,   PO Box 108,
               St Louis, MO 63166-0108
518036649   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,    Attn: Bankruptcy,   4801 Frederica Street,
               Owensboro, KY 42301)
518036657   ++WELLS FARGO BANK NA,   1 HOME CAMPUS,    MAC X2303-01A,   DES MOINES IA 50328-0001
             (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,   Po Box 6429,
               Greenville, SC 29606)
518214014     Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan, MN 55121-7700
518213983     Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,
               Eagan, MN 55121-7700
518144272     Wells Fargo Bank, N.A.,    Attn: Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan, MN 55121-7700
518135930    +Wells Fargo Bank, N.A.,    Small Business Lending Division,   P.O. Box 29482,
               Phoenix AZ 85038-9482
518036658    +Wells Fargo Hm Mortgag,    Po Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2020 00:18:40     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2020 00:18:39     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518036646    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 00:20:32     Capital One,
               Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
518173187    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2020 00:20:05
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518579178     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 00:20:43     LVNV Funding LLC,
               PO Box 10587,   Greenville, SC 29603-0587
518579179     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 00:19:56     LVNV Funding LLC,
               PO Box 10587,   Greenville, SC 29603-0587,    LVNV Funding LLC,   PO Box 10587,
               Greenville, SC 29603-0587
518200462     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 00:20:44     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518710246     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2020 00:20:40
               Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
518710247     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2020 00:20:40
               Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541,
               Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
518199889     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2020 00:21:22
               Portfolio Recovery Associates, LLC,    c/o Amazon.com Store Card,   POB 41067,
               Norfolk VA 23541
518036651    +E-mail/Text: Bankruptcy@pinnaclefcu.com Sep 17 2020 00:18:11     Pinnacle Fed Cr Un,
               135 Raritan Center Pkwy,    Edison, NJ 08837-3645
518216992    +E-mail/Text: bncmail@w-legal.com Sep 17 2020 00:18:45     SYNCHRONY BANK,
               c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Sep 16, 2020
                              Form ID: 185             Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518039643         +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 00:19:35      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518539337         +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 00:19:34      Synchrony Bank,
                   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
518036653         +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 00:20:19      Synchrony Bank/Amazon,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518036654          E-mail/Text: bankruptcy@td.com Sep 17 2020 00:18:41      TD Bank, N.A.,    32 Chestnut Street,
                   Po Box 1377,    Lewiston, ME 04243
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518036650          Financial Resources Fc
518189381*        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                   Addison, Texas 75001-9013
518036656*       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                   (address filed with court: US Bank/RMS CC,    Attn: Bankruptcy,    Po Box 5229,
                   Cincinnati, OH 45201)
cr               ##+Eric Waldorf,    803 5th Street,    Union Beach, NJ 07735-2825
518360524        ##+Eric A. Waldorf,    803 5th Street,    Union Beach, NJ 07735-2825
                                                                                 TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor   Wells Fargo Bank, N.A. ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Karen L Waldorf r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Scott J. Goldstein    on behalf of Creditor Eric  Waldorf sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Thomas S. Onder    on behalf of Creditor   Stark & Stark, P.C. tonder@stark-stark.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 11
```