| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>WNI 19-025492<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | |
| IN RE:<br><br>KAREN L. WALDORF, DEBTOR | CASE NO.: 19-13417-CMG<br><br>HEARING DATE: OCTOBER 21, 2020<br><br>JUDGE: HONORABLE CHRISTINE M GRAVELLE |

Order Filed on October 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 2, 2020**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Robert C. Nisenson, attorney for the Debtor(s), upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 22 Magnolia Court, Piscataway, NJ 08854.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $7,872.30; as evidenced in Secured Creditor's Proof of Claim 16-1 filed on April 30, 2019.

3. Debtor(s) agrees to incorporate this amount, $7,872.30, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $524.82 monthly.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on September 18, 2020; ECF Doc.:94.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan; ECF Doc.:91.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/Elizabeth L. Wassall                                             Date:    9-30-2020
_____
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

_____                                         Date: _____
Robert C. Nisenson, Esquire
Attorney for the Debtor