UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 19-025492
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.

Order Filed on October 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

KAREN L. WALDORF, DEBTOR

CASE NO.: 19-13417-CMG

HEARING DATE: OCTOBER 21, 2020

JUDGE: HONORABLE CHRISTINE M GRAVELLE

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 2, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Robert C. Nisenson, attorney for the Debtor(s), upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 22 Magnolia Court, Piscataway, NJ 08854.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $7,872.30; as evidenced in Secured Creditor's Proof of Claim 16-1 filed on April 30, 2019.

3. Debtor(s) agrees to incorporate this amount, $7,872.30, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $524.82 monthly.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on September 18, 2020; ECF Doc.:94.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan; ECF Doc.:91.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/Elizabeth L. Wassall                                              Date:    9-30-2020
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor


                                                                     Date: _____
Robert C. Nisenson, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Karen L Waldorf  
    Debtor(s)

Case No. 19-13417-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 02, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

**Recip ID    Recipient Name and Address**  
db      + Karen L Waldorf, 22 Magnolia Court, Piscataway, NJ 08854-2299

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Karen L Waldorf r.nisenson@rcn-law.com |

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 2 of 2 |
| Date Rcvd: Oct 02, 2020 | Form ID: pdf903 | | Total Noticed: 1 |

doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Scott J. Goldstein
    on behalf of Creditor Eric Waldorf sjg@sgoldsteinlaw.com
    cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

Thomas S. Onder
    on behalf of Creditor Stark & Stark  P.C. tonder@stark-stark.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 11