**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case:  19-13417 |
| | : | Chapter 13 |
| KAREN L. WALDORF | : | |
| | : | |
| Debtor. | : | |
| | : | |

### WITHDRAWAL OF DOCUMENT

The Debtor hereby withdraws Debtor's Chapter 13 Plan on Docket # 91.

/s/ Robert C. Nisenson
ROBERT C. NISENSON

Dated: January 15,, 2021