| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WNI 19-025492<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | **Order Filed on February 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>KAREN L. WALDORF,<br>                    DEBTOR | Case No.: 19-13417-CMG<br><br>Judge: HONORABLE CHRISTINE M GRAVELLE<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: February 16, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Robert C. Nisenson, Esq., attorney for the Debtor, upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor will apply through Secure Creditor's servicing agent for a loan modification to cure pre-petition arrearages on the mortgage loan secured by 22 Magnolia Court, Piscataway, NJ 08854.

2. This loan modification review shall be completed by June 1, 2021.

3. Debtor agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $524.82 monthly.

4. If a loan modification is not completed by June 1, 2021, Debtor(s) must within fourteen (14) days thereof: 1) modify the Chapter 13 Plan to fully cure Secured Creditor's pre-petition arrearages of $7,872.30, as evidenced in Proof of Claim 16-1; 2) modify the Chapter 13 Plan to surrender the subject property; or 3) convert to a Chapter 7 case.

5. Creditor agrees this Order resolves the Objection to Confirmation of Chapter 13 Plan, filed on February 5, 2021; ECF Doc.: 110.

6. This Consent Order is hereby incorporated into Debtor's Modified Plan; ECF Doc.: 105.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                       Date: 2-14-2021
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

_____                   Date: _____
Robert C. Nisenson, Esquire
Attorney for the Debtor