| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2018-0802<br><br>POWERS KIRN, LLC<br>ecf@powerskirn.com<br>William M. E. Powers III<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for Wells Fargo Bank, N.A. | |
| In Re:<br><br>Karen L. Waldorf | Case No.: 19-13417-CMG<br><br>Hearing Date: 02/17/2021<br><br>Judge: Honorable Christine M. Gravelle<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

   ☒ represent the <u>creditor</u> in the above captioned matter.

   ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 16, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Form of Order submitted

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 16, 2021

/s/ William M. E. Powers, III
William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton NJ  08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Robert C. Nisenson, Esquire<br>10 Auer Court, Suite E<br>East Brunswick, NJ   08816-5848 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Karen L. Waldorf<br>22 Magnolia Court<br>Piscataway NJ  08854 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.