Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

402 East State Street
Trenton, NJ 08608

---

Case No.:  19−13417−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen L Waldorf
   22 Magnolia Court
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−6581

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 18, 2021.

Dated: February 18, 2021
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Karen L Waldorf

    Debtor

Case No. 19-13417-CMG

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3               User: admin                           Page 1 of 3

Date Rcvd: Feb 18, 2021             Form ID: plncf13                       Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen L Waldorf, 22 Magnolia Court, Piscataway, NJ 08854-2299 |
| cr | + | Stark & Stark, P.C., 993 Lenox Drive, Building 2, Lawrenceville, NJ 08648-2316 |
| lm | + | Wells Fargo Bank, N.A., P.O. Box 10335, Des Moines, IA 50306-0335 |
| 518156983 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518036644 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518036645 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518173962 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518036647 | + | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518204870 | + | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518036648 | + | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 518395192 | + | Eric Waldof, Law Office of Scott J Goldstein, LLC, 280 West Main Street, Denville, NJ 07834-1233 |
| 518066259 | + | Hunterdon Medical Center, 2100 Wescott Dr, Flemington, NJ 08822-4604 |
| 518064960 | + | Plantation Resort, 1250 Highway 17 North, Myrtle Beach, SC 29575-6006 |
| 518036652 | + | Stark & Stark, 993 Lenox Dr Building 2, Lawrence Township, NJ 08648-2316 |
| 518197828 | + | Stark & Stark, P.C., Attn: Thomas S. Onder, Esq., 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| 518064190 | + | TD Bank N.A., Richard J Tracy III, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518062898 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 518036655 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408 |
| 518103876 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518142244 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St Louis, MO 63166-0108 |
| 518036649 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 518036657 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 518214014 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 518213983 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 518144272 | | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 518135930 | + | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix AZ 85038-9482 |
| 518036658 | + | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 18 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 18 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518036646 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 18 2021 23:48:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Feb 18, 2021 | Form ID: plncf13 | Total Noticed: 43

| | | | |
|---|---|---|---|
| 518173187 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 18 2021 23:40:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518036647 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2021 23:59:59 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518204870 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2021 23:59:53 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518579179 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 23:59:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579178 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 23:49:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518200462 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 23:49:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518710246 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 23:39:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518710247 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 23:39:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518199889 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 23:39:51 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518036651 | + Email/Text: Bankruptcy@pinnaclefcu.com | Feb 18 2021 21:26:00 | Pinnacle Fed Cr Un, 135 Raritan Center Pkwy, Edison, NJ 08837-3645 |
| 518216992 | + Email/Text: bncmail@w-legal.com | Feb 18 2021 21:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518539337 | + Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 23:39:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518039643 | + Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 23:39:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518036653 | + Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 23:39:02 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518036654 | Email/Text: bankruptcy@td.com | Feb 18 2021 21:26:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518036650 | | Financial Resources Fc |
| 518189381 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518036656 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US BANK/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| cr | ##+ | Eric Waldorf, 803 5th Street, Union Beach, NJ 07735-2825 |
| 518360524 | ##+ | Eric A. Waldorf, 803 5th Street, Union Beach, NJ 07735-2825 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0312-3                                    User: admin                                    Page 3 of 3
Date Rcvd: Feb 18, 2021                                Form ID: plncf13                                Total Noticed: 43

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2021                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Karen L Waldorf r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Scott J. Goldstein | on behalf of Creditor Eric Waldorf sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| Thomas S. Onder | on behalf of Creditor Stark & Stark  P.C. tonder@stark-stark.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 11