UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2018-0802

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



Order Filed on February 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Karen L. Waldorf

Case No.: 19-13417-CMG

Hearing Date: February 17, 2021

Judge: Honorable Christine M. Gravelle

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: February 25, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Karen L. Waldorf
Case No.: 19-13417-CMG
Caption of Order:    ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of Wells Fargo Bank, N.A. is hereby resolved upon the conditions set forth herein.

2. The debtor shall pursue a loan modification with respect to the mortgage held by the secured creditor, Wells Fargo Bank, N.A., against the real property located at **22 Magnolia Court, Piscataway, NJ 08854.**

3. Debtor shall tender post-petition payments directly to Wells Fargo Bank, N.A.

4. The debtor shall obtain a permanent loan modification no later than May 15, 2021.

5. In the event that the debtor is unable to obtain a permanent loan modification within the deadline set forth herein or debtor fails to accept any modification that might be offered, the debtor shall file a modified plan no later than 14 days from the deadline fixed above to either provide for repayment of arrears and/or surrender of the subject property.

6. Notwithstanding the agreement set forth herein, Debtor acknowledges that they are required to provide payment of pre-petition arrears due to Wells Fargo Bank, N.A.

7. The objections filed on behalf of the Secured Creditor are hereby preserved and may be presented in relation to any further plan of reorganization presented by the debtor.

8. The Secured Creditor shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.