**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 19-13417 CMG |
|  | : | Chapter 13 |
| KAREN L. WALDORF | : | |
|  | : | |
| Debtor. | : | |

## WITHDRAWAL OF DOCUMENT

The Debtor hereby withdraws Debtor's Notice Of Motion for Contempt and Sanctions Against Eric Waldorf and Additional Relief on Docket # 93.

/s/ Robert C. Nisenson
ROBERT C. NISENSON

Dated: February 25, 2021