UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
(732-238-8777
Robert C. Nisenson, Esq.
Attorneys for Debtor
RCN 6680

**Order Filed on October 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-13417

In the Matter of

KAREN L. WALDORF

DEBTOR

Judge:  CMG

# ORDER ON A JUDGMENT AGAINST ERIC WALDORF

The relief set forth on the following pages, numbered two (2) through __3__ is hereby **ORDERED.**

**DATED: October 12, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re:** | : Case #: 19-13417 |
| | : |
| **KAREN L. WALDORF** | : |
| | : Chapter 13 |
| | : |
| | : **ORDER ON A** |
| | : **JUDGMENT AGAINST** |
| Debtor. | : **ERIC WALDORF** |
| | : |

This matter having been opened to the Court upon application of Karen L. Waldorf by and through their attorneys, **ROBERT C. NISENSON, L.L.C.**, seeking an Order seeking sanctions and attorney's fees against Eric Waldorf by its counsel and the Court having considered all supporting and opposing Affidavits, and Briefs, if any; and good cause appearing for the entry of this Order;

**ORDERED** Debtor is awarded attorney fees against Eric Waldorf in the amount of $5,950.00; and it is further

**ORDERED** that a Judgment is awarded in favor of Karen J. Waldorf against Eric Waldorf in the amount of $5,950.00 and this judgment shall be deemed non-dischargeable by Eric Waldorf; and it is further

2

**ORDERED** that this Order cannot be enforced by execution until the close of the Eric Waldorf Chapter 13 bearing Case No. 17-35770; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within  7  days of the date hereof.