| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Karen L Waldorf | Case Number:<br><br>3:2019-bk-13417 | |
| Name of Creditor:<br>   Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>   Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>   Wells Fargo Bank, N.A.<br>   MAC N9286-01Y<br>   P.O. Box 1629<br>   Minneapolis, MN 55440-9790<br>   Telephone Number: 800-274-7025<br>Prior notice address:<br>   Wells Fargo Bank, N.A.<br>   MAC N9286-01Y<br>   1000 Blue Gentian Road<br>   Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>   Wells Fargo Bank, N.A.<br>   Attention: Payment Processing<br>   MAC F2302-04C<br>   1 Home Campus<br>   Des Moines, IA 50328<br>   Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number: **9881**  UCID: **WFCMGE1913417NJM65819881** | | ___ Check this box if the account number has changed. |
| 2.   Court Claim Number: **5** | | |
| 3.   **Signature:**<br><br> **Check the appropriate box.**<br>   X   **I am the creditor.**<br>   **I am the creditor's authorized agent.**  (Attach copy of power of attorney, if any.)<br>   **I am the trustee, or the debtor.**<br>   **I am a guarantor, surety, endorser, or other codebtor.**<br><br>By:  /s/ Mercedes Drees          Date: 11/30/2021<br>     VP Loan Documentation | | |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:   CASE NO.:   19-13417

Karen L Waldorf   CHAPTER:   13

Debtor(s).

_____ /

CERTIFICATE OF SERVICE

I hereby certify that on or before November 30, 2021, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*   *By U.S. Postal Service First Class Mail Postage Prepaid:*

Karen L Waldorf
22 Magnolia Court
Piscataway, NJ 08854

*Debtor's Attorney:*   *By CM / ECF Filing:*

Robert C. Nisenson
Robert C. Nisenson, LLC
10 Auer Court
Suite E
East Brunswick, NJ 08816

*Trustee:*   *By CM / ECF Filing:*

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

/s/ John Shelley
_____

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)