UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WNI 19-025492
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.

**Order Filed on February 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

KAREN L. WALDORF,
                 DEBTOR

Case No.: 19-13417-CMG

Judge: HONORABLE CHRISTINE M GRAVELLE

Chapter: 13

## AMENDED CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: February 1, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Robert C. Nisenson, Esq., attorney for the Debtor, upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. *This Amended Consent Order hereby Amends the Consent Order previously entered on February 16, 2021; ECF Doc.:112.*

2. Debtor is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 22 Magnolia Court, Piscataway, NJ 08854.

3. At the time of filing, Debtor owed Secured Creditor a pre-petition arrearage of $7,872.30; as evidenced in Secured Creditor's Proof of Claim 16-1 filed on April 30, 2019.

4. Debtor agrees to incorporate this amount, $7,872.30, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned pre-petition default. *The Trustee shall amend his/her records to reflect same, and the Order Confirming Modified Chapter 13 Plan previously entered on February 18, 2021, shall also be deemed so amended.*

5. Debtor also agrees to continue to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $524.82 monthly, directly to Secured Creditor.

6. If the Debtor fails to make any payments detailed in this Amended Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, of if Debtor fails to comply with this Amended Consent Order for any reason, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Motion for Relief from the Automatic Stay to the Bankruptcy Court, specifying the Debtor's failure to maintain post-petition payments, with a copy of any motion, supporting certifications, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

7. Secured Creditor agrees this Amended Consent Order resolves the Objection to Confirmation of Chapter 13 Plan, filed on February 5, 2021; ECF Doc.:110.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                                                Date: 2-1-2022
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

                                                                                          Date: 1/31/22
Robert C. Nisenson, Esquire
Attorney for the Debtor