| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 19-13417 / CMG

Karen L Waldorf

Petition Filed Date: 02/19/2019
341 Hearing Date: 03/21/2019
Confirmation Date: 02/05/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/02/2021 | $335.00 | 74181190 | 02/23/2021 | $335.00 | 74705370 | 03/29/2021 | $335.00 | 75559740 |
| 04/28/2021 | $335.00 | 76285640 | 05/28/2021 | $335.00 | 77007440 | 07/07/2021 | $335.00 | 77960490 |
| 07/28/2021 | $335.00 | 78384570 | 09/07/2021 | $335.00 | 79325610 | 10/05/2021 | $335.00 | 79952040 |
| 11/02/2021 | $335.00 | 80583810 | 12/28/2021 | $335.00 | 81702510 | | | |

**Total Receipts for the Period: $3,685.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,370.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| \ | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Karen L Waldorf | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |
| 1 | TD BANK, N.A.<br>»»  CREDIT CARD | Unsecured Creditors | $9,768.94 | $0.00 | $9,768.94 |
| 2 | TOYOTA LEASE TRUST<br>»»  2016 TOY HIGHLANDER - LEASE | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $14,639.99 | $0.00 | $14,639.99 |
| 4 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $6,699.68 | $0.00 | $6,699.68 |
| 5 | WELLS FARGO BANK, N.A.<br>»»  P/22 MAGNOLIA CT/1ST MTG/LOAN MOD ORD 7/21/21 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $387.25 | $0.00 | $387.25 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,590.29 | $0.00 | $2,590.29 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $12,556.41 | $0.00 | $12,556.41 |
| 9 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $1,094.20 | $0.00 | $1,094.20 |
| 10 | TOYOTA LEASE TRUST<br>»»  2019 TOYOTA CAMRY/LEASE | Debt Secured by Vehicle | $359.00 | $289.29 | $69.71 |
| 11 | STARK & STARK, P.C.<br>»»  LEGAL FEES | Unsecured Creditors | $26,418.45 | $0.00 | $26,418.45 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON | Unsecured Creditors | $2,112.23 | $0.00 | $2,112.23 |
| 13 | PLANTATION RESORT OF MYRTLE BEACH<br>»»  HOA MAINTENANCE FEES | Secured Creditors | $828.24 | $667.41 | $160.83 |

| 14 | LVNV FUNDING LLC<br>»»  CITI/COSTCO | Unsecured Creditors | $4,366.51 | $0.00 | $4,366.51 |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS/CITIBANK | Unsecured Creditors | $12,709.09 | $0.00 | $12,709.09 |
| 16 | WELLS FARGO BANK, N.A.<br>»»  P/22 MAGNOLIA CT/2ND MTG/ORDER 2/1/22 | Mortgage Arrears | $7,872.30 | $6,343.67 | $1,528.63 |
| 17 | LVNV FUNDING LLC<br>»»  PAYPAL/SYNCHRONY | Unsecured Creditors | $2,787.26 | $0.00 | $2,787.26 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,370.00 | Plan Balance: | $8,710.00 ** |
| Paid to Claims: | $9,600.37 | Current Monthly Payment: | $335.00 |
| Paid to Trustee: | $769.63 | Arrearages: | $670.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $19,080.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.