| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Office of Scott J Goldstein LLC<br>280 West Main Street<br>Denville, NJ 07834<br>Tel:  (973) 453-2838<br>Fax:  (973) 453-2869<br>sjg@sgoldsteinlaw.com<br><br>Scott J Goldstein (016472004) | Order Filed on November 15, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Karen L. Waldorf | Case No.:  19-13417<br><br>Adv. No.:<br><br>Hearing Date: 7/20/2022<br><br>Judge:  Christine M. Gravelle |

### Order Granting Limited Relief from Stay

The relief set forth on the following pages, numbered two (2) through 2    is hereby **ORDERED**.

**DATED: November 15, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No.: 19-13417
Case Name: In re Karen Waldorf

**THIS MATTER,** having been opened to the Court on the motion of the creditor, Eric Waldorf, by and through counsel, Scott J. Goldstein, Esq. seeking an Order, pursuant to 11 U.S.C. §362(d) granting the Creditor limited relief from the automatic stay so that the Debtor and Mr. Waldorf can move forward in the Superior Court of New Jersey, Middlesex County, Family Part to dissolve their marriage and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion is hereby granted as follows

2. The automatic stay in this case is lifted to a limited extent to allow the Debtor and her husband, the movant, to proceed in the Superior Court of New Jersey, Middlesex County, Family part, case no. FM-12-26-2605-16H, *Waldorf v. Waldorf*, to the extent that the parties are permitted to proceed to a final judgment of divorce and to enter into a property settlement agreement in connection therewith.

Case No.: 19-13417
Case Name: In re Karen Waldorf

..........