UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Scott J Goldstein LLC
280 West Main Street
Denville, NJ 07834
Tel: (973) 453-2838
Fax: (973) 453-2869
sjg@sgoldsteinlaw.com

Scott J Goldstein (016472004)

Order Filed on November 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Karen L. Waldorf

Case No.: 19-13417

Adv. No.:

Hearing Date: 7/20/2022

Judge: Christine M. Gravelle

## Order Granting Limited Relief from Stay

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED:** November 15, 2022

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No.: 19-13417
Case Name: In re Karen Waldorf

**THIS MATTER,** having been opened to the Court on the motion of the creditor, Eric Waldorf, by and through counsel, Scott J. Goldstein, Esq. seeking an Order, pursuant to 11 U.S.C. §362(d) granting the Creditor limited relief from the automatic stay so that the Debtor and Mr. Waldorf can move forward in the Superior Court of New Jersey, Middlesex County, Family Part to dissolve their marriage and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion is hereby granted as follows
2. The automatic stay in this case is lifted to a limited extent to allow the Debtor and her husband, the movant, to proceed in the Superior Court of New Jersey, Middlesex County, Family part, case no. FM-12-26-2605-16H, *Waldorf v. Waldorf*, to the extent that the parties are permitted to proceed to a final judgment of divorce and to enter into a property settlement agreement in connection therewith.

Case No.:  19-13417
Case Name:  In re Karen Waldorf

..........

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-13417-CMG

Karen L Waldorf  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 15, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

**Recip ID     Recipient Name and Address**
db    + Karen L Waldorf, 22 Magnolia Court, Piscataway, NJ 08854-2299

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

**Name**  **Email Address**

Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Emmanuel J. Argentieri
    on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP3 bk@rgalegal.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 15, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Robert C. Nisenson
    on behalf of Debtor Karen L Waldorf r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Scott J. Goldstein
    on behalf of Creditor Eric Waldorf sjg@sgoldsteinlaw.com
    cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com

Thomas S. Onder
    on behalf of Creditor Stark & Stark  P.C. tonder@stark-stark.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 12