| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
Chapter 13 Case No. 19-13417 / CMG

Karen L Waldorf

Petition Filed Date: 02/19/2019
341 Hearing Date: 03/21/2019
Confirmation Date: 02/05/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/09/2022 | $335.00 | 82593700 | 03/01/2022 | $335.00 | 83082520 | 03/14/2022 | $335.00 | 83370400 |
| 05/02/2022 | $335.00 | 84363630 | 05/31/2022 | $335.00 | 84902850 | 06/29/2022 | $335.00 | 85565830 |
| 08/02/2022 | $335.00 | 86215110 | 08/23/2022 | $335.00 | 86605980 | 09/30/2022 | $335.00 | 87376010 |
| 10/17/2022 | $335.00 | 87675890 | 11/28/2022 | $335.00 | 88487920 | 01/04/2023 | $335.00 | 89123490 |
| 01/23/2023 | $335.00 | 89535040 | 02/27/2023 | $335.00 | 90210240 | 03/13/2023 | $335.00 | 90493160 |

**Total Receipts for the Period:  $5,025.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,395.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karen L Waldorf | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |
| 1 | TD BANK, N.A.<br>»»  CREDIT CARD | Unsecured Creditors | $9,768.94 | $228.25 | $9,540.69 |
| 2 | TOYOTA LEASE TRUST<br>»»  2016 TOY HIGHLANDER - LEASE | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $14,639.99 | $342.07 | $14,297.92 |
| 4 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $6,699.68 | $156.53 | $6,543.15 |
| 5 | CITIGROUP MORTGAGE LOAN TRUST 2022-RP3<br>»»  P/22 MAGNOLIA CT/1ST MTG/LOAN MOD ORD 7/21/21/WELLS FARGO | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $387.25 | $0.00 | $387.25 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,590.29 | $60.53 | $2,529.76 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $12,556.41 | $293.38 | $12,263.03 |
| 9 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $1,094.20 | $18.49 | $1,075.71 |
| 10 | TOYOTA LEASE TRUST<br>»»  2019 TOYOTA CAMRY/LEASE | Debt Secured by Vehicle | $359.00 | $359.00 | $0.00 |
| 11 | STARK & STARK, P.C.<br>»»  LEGAL FEES | Unsecured Creditors | $26,418.45 | $617.27 | $25,801.18 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON | Unsecured Creditors | $2,112.23 | $35.69 | $2,076.54 |
| 13 | PLANTATION RESORT OF MYRTLE BEACH<br>»»  HOA MAINTENANCE FEES | Secured Creditors | $828.24 | $828.24 | $0.00 |

**Chapter 13 Case No. 19-13417 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» CITI/COSTCO | Unsecured Creditors | $4,366.51 | $102.02 | $4,264.49 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS/CITIBANK | Unsecured Creditors | $12,709.09 | $296.95 | $12,412.14 |
| 16 | WELLS FARGO BANK, N.A.<br>»» P/22 MAGNOLIA CT/2ND MTG/ORDER 2/1/22 | Mortgage Arrears | $7,872.30 | $7,872.30 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» PAYPAL/SYNCHRONY | Unsecured Creditors | $2,787.26 | $65.13 | $2,722.13 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,395.00 | Plan Balance: | $3,685.00 ** |
| Paid to Claims: | $13,575.85 | Current Monthly Payment: | $335.00 |
| Paid to Trustee: | $1,167.61 | Arrearages: | $0.00 |
| Funds on Hand: | $651.54 | Total Plan Base: | $19,080.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.