**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Karen L Waldorf<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6581<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19-13417-CMG | |

# Order of Discharge    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Karen L Waldorf

   4/26/24                                             **By the court:** Christine M. Gravelle
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-13417-CMG

Karen L Waldorf     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Apr 26, 2024     Form ID: 3180W     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen L Waldorf, 22 Magnolia Court, Piscataway, NJ 08854-2299 |
| cr | + | Eric Waldorf, 803 5th Street, Union Beach, NJ 07735-2825 |
| cr | + | Stark & Stark, P.C., 993 Lenox Drive, Building 2, Lawrenceville, NJ 08648-2389 |
| 518360524 | + | Eric A. Waldorf, 803 5th Street, Union Beach, NJ 07735-2825 |
| 518395192 | #+ | Eric Waldof, Law Office of Scott J Goldstein, LLC, 280 West Main Street, Denville, NJ 07834-1233 |
| 518066259 | + | Hunterdon Medical Center, 2100 Wescott Dr, Flemington, NJ 08822-4604 |
| 518064960 | + | Plantation Resort, 1250 Highway 17 North, Myrtle Beach, SC 29575-6006 |
| 518036652 | + | Stark & Stark, 993 Lenox Dr Building 2, Lawrence Township, NJ 08648-2389 |
| 518197828 | + | Stark & Stark, P.C., Attn: Thomas S. Onder, Esq., 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2389 |
| 518039643 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518064190 | + | TD Bank N.A., Richard J Tracy III, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518062898 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 518036657 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 26 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | EDI: WFFC2 | Apr 27 2024 00:19:00 | Wells Fargo Bank, N.A., P.O. Box 10335, Des Moines, IA 50306-0335 |
| 518156983 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2024 20:52:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518036644 | + | Email/PDF: bncnotices@becket-lee.com | Apr 26 2024 20:42:20 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518036645 | + | EDI: BANKAMER | Apr 27 2024 00:19:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518173962 | + | EDI: BANKAMER2 | Apr 27 2024 00:19:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518036646 | + | EDI: CAPITALONE.COM | Apr 27 2024 00:19:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518173187 | + | EDI: AIS.COM | Apr 27 2024 00:19:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518036647 | + | EDI: CITICORP | | |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Apr 27 2024 00:19:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518204870 | + EDI: CITICORP | Apr 27 2024 00:19:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 520108883 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 20:36:00 | Citigroup Mortgage Loan Trust 2022-RP3, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741, Citigroup Mortgage Loan Trust 2022-RP3, c/o Rushmore Servicing 75261-9094 |
| 520108882 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 20:36:00 | Citigroup Mortgage Loan Trust 2022-RP3, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 519746659 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 20:36:00 | Citigroup Mortgage Loan Trust 2022-RP5, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, Citigroup Mortgage Loan Trust 2022-RP5, c/o Rushmore Loan Management Services 92619-2708 |
| 519746658 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 20:36:00 | Citigroup Mortgage Loan Trust 2022-RP5, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518036648 | + EDI: CITICORP | Apr 27 2024 00:19:00 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 518579179 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 20:41:53 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579178 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 20:42:08 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518200462 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 20:41:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518710246 | EDI: PRA.COM | Apr 27 2024 00:19:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518710247 | EDI: PRA.COM | Apr 27 2024 00:19:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518199889 | EDI: PRA.COM | Apr 27 2024 00:19:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518036651 | + Email/Text: Bankruptcy@pinnaclefcu.com | Apr 26 2024 20:37:00 | Pinnacle Fed Cr Un, 135 Raritan Center Pkwy, Edison, NJ 08837-3625 |
| 518216992 | + Email/Text: bncmail@w-legal.com | Apr 26 2024 20:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518539337 | + EDI: PRA.COM | Apr 27 2024 00:19:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518036653 | + EDI: SYNC | Apr 27 2024 00:19:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518036654 | EDI: TDBANKNORTH.COM | Apr 27 2024 00:19:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518103876 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 26 2024 20:36:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518036655 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 26 2024 20:37:00 | Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 518142244 | EDI: USBANKARS.COM | Apr 27 2024 00:19:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St Louis, |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: 3180W | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518036649 | | EDI: USBANKARS.COM | Apr 27 2024 00:19:00 | MO 63166-0108<br>Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 518036656 | | EDI: USBANKARS.COM | Apr 27 2024 00:19:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 518135930 | + | EDI: WFFC2 | Apr 27 2024 00:19:00 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix AZ 85038-9482 |
| 518144272 | + | EDI: WFFC2 | Apr 27 2024 00:19:00 | Wells Fargo Bank, N.A., POB 1629, Minneapolis, MN 55440-1629 |
| 518213983 | + | EDI: WFFC2 | Apr 27 2024 00:19:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 520194829 | + | Email/Text: RASEBN@raslg.com | Apr 26 2024 20:36:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 518036658 | + | EDI: WFFC2 | Apr 27 2024 00:19:00 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518036650 | | Financial Resources Fc |
| 518189381 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518214014 | *+ | Wells Fargo Bank, N.A., POB 1629, Minneapolis, MN 55440-1629 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wells Fargo Bank  N.A. ajennings@raslg.com |
| Denise E. Carlon | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 26, 2024 | Form ID: 3180W | Total Noticed: 50 |

    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Emmanuel J. Argentieri
    on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP3 bk@rgalegal.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Robert C. Nisenson
    on behalf of Debtor Karen L Waldorf r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Scott J. Goldstein
    on behalf of Creditor Eric Waldorf scott@wg-attorneys.com
    LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com

Thomas S. Onder
    on behalf of Creditor Stark & Stark  P.C. tonder@stark-stark.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 13